UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENCANA OIL & GAS (USA), INC., )
    Plaintiff, )
 )    No. 1:12-cv-369
-v- )
 )    HONORABLE PAUL L. MALONEY
ZAREMBA FAMILY FARMS, INC., )
ZAREMBA GROUP, L.L.C., and )
WALTER ZAREMBA, )
    Defendants. )
_____)

## JUDGMENT

A trial occurred in this matter and the jury returned a mixed verdict. The Court has since resolved all outstanding motion and issues.

The jury found that Encana proved a breach of contract and were entitled to the return of $1.8 million in earnest money that had been transferred to Walter Zaremba. The jury also found in favor of the Zarembas on their waiver defense to the breach of contract claim. The result is that the Zarembas need not return the $1.8 million. The jury resolved all other claims and defenses against the party bearing the burden of proof. As required by Rule 58 of the Federal Rules of Civil Procedure, **JUDGMENT ENTERS.**

    **THIS ACTION IS TERMINATED.**

    **IT IS SO ORDERED.**

Date:  June 21, 2016                               /s/ Paul L. Maloney
                                                              Paul L. Maloney
                                                              United States District Judge