UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ENCANA OIL & GAS (USA) INC.,

    Plaintiff,

v.

ZAREMBA FAMILY FARMS, INC.,
et al,

    Defendants,
_____/

Case No. 1:12-cv-369

HONORABLE PAUL L. MALONEY

## **JUDGMENT**

The Sixth Circuit Court of Appeals having concluded that Plaintiff is entitled to judgment as a matter of law on its breach of contract claim, Defendants must return $1.8 million of the $2 million earnest money.

Pursuant to Fed. R. Civ. P. 58, **JUDGMENT** is hereby entered in favor of Encana.


Date:  July 13, 2018                       /s/ Paul L. Maloney
                                                      Paul L. Maloney
                                                      United States District Judge