UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

| | |
|---|---|
| ENCANA OIL & GAS (USA), INC., )<br>     Plaintiff, )<br>)<br>-v- )<br>)<br>ZAREMBA FAMILY FARMS, INC., et al., )<br>     Defendants. )<br>              ) | No. 1:12-cv-369<br><br>Honorable Paul L. Maloney |

## PARTIAL AMENDED JUDGMENT

The Court has resolved all pending motions and claims involving Encana Oil & Gas, Walter Zaremba, and Zaremba Family Farms. Defendant Zaremba Group filed a Notice of Bankruptcy, which has stayed any matters against it.

The Sixth Circuit Court of Appeals having concluded that Plaintiff is entitled to judgment as a matter of law on its breach of contract claim, Defendants Walter Zaremba and Zaremba Family Farms must return $1.8 million of the $2 million earnest money. Finding no reason for delay, in the Court's discretion, **JUDGMENT ENTERS** under Rule 54(b) for all claims between these three parties. And, Plaintiff Encana is entitled to prejudgment interest consistent with the contemporaneously issued order.

**IT IS SO ORDERED.**

Date: October 26, 2018             /s/ Paul L. Maloney
                                   Paul L. Maloney
                                   United States District Judge